**94–1367.** State v. Luna. *Huron County*, No. H–92–93. On motion for leave to file delayed appeal. Motion granted.

WRIGHT, F.E. SWEENEY and PFEIFER, JJ., dissent.

**94–1393.** Yackel v. Kay. *Cuyahoga County*, No. 65158. On motion for admission *pro hac vice* by James S. Dittmar and Sander A. Rikleen. Motion granted.

**94–1398.** In re Adoption of Johnson. *Miami County*, No. 93–CA–22. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Decision and Entry, rendered June 1, 1994.

**94–1406.** Grava v. Parkman Twp. *Geauga County*, No. 93–G–1775. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated at page 4 of the court of appeals' Judgment Entry, filed June 17, 1994.

F.E. SWEENEY, J., dissents.

**94–1411.** State v. McPherson. *Cuyahoga County*, No. 63168. On motion for leave to file delayed appeal. *Motion denied.*

**94–1485.** Sherman v. Haines. *Lake County*, No. 93–L–067. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated at page 1 of the court of appeals' Judgment Entry, filed July 5, 1994.

# RECONSIDERATION DOCKET

**93–108.** Frazier v. Depinet. *Seneca County*, No. 13–92–14. Reported at 69 Ohio St.3d 1211, 632 N.E.2d 1297. On motion for reconsideration. Motion denied.

**93–227.** State ex rel. Lightfield v. Indian Hill. *Hamilton County*, No. C–910495. Reported at 69 Ohio St.3d 441, 633 N.E.2d 524. On motion for reconsideration. Motion denied.

MOYER, C.J., and WRIGHT, J., dissent.

A.W. SWEENEY, J., not participating.

**93–626.** Ramsey v. Neiman. *Summit County*, No. 15786. Reported at 69 Ohio St.3d 508, 634 N.E.2d 211. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

**93–1076.** State ex rel. Beatrice Foods v. Indus. Comm. *Franklin County*, No. 91AP–1116. Reported at 69 Ohio St.3d 481, 633 N.E.2d 1122. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

**93–1665.** State ex rel. Koonce v. Indus. Comm. *Franklin County*, No. 92AP–1393. Reported at 69 Ohio St.3d 436, 633 N.E.2d 520. On motion for reconsideration by Dresser Industries, Inc. Motion denied.

MOYER, C.J., and WRIGHT, J., dissent.

**93–2102.** Cuyahoga Cty. Bar Assn. v. Okocha. Reported at 69 Ohio St.3d 398, 632 N.E.2d 1284. On motion for reconsideration and on motion to strike. Motions denied.

**93–2317.** Candle v. Consol. Rail Corp. *Mahoning County*, No. 92 C.A. 18. Reported at 69 Ohio St.3d 429, 633 N.E.2d 515. On motion for reconsideration and on motion for reconsideration by Mahoning County Board of Commissioners. Motions denied.

**94–480.** Robinson v. Notary Pub. Commt. *Stark County*, No. 94CA0020. Reported at 69 Ohio St.3d 1477, 634 N.E.2d 1024. On motion for reconsideration and on motion for facts. Motions denied.

**94–773.** State v. Van Hook. *Hamilton County*, No. C–850565. Reported at 69 Ohio St.3d 1448, 633 N.E.2d 542. On motion for reconsideration. Motion denied.

WRIGHT, J., dissents.